# EXHIBIT B

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G18000038988

**Fictitious Name to be Registered:** VICE CITY SMOKE SHOP

**Mailing Address of Business:**     244 BISCAYNE BLVD. #4304
MIAMI, FL  33132

**Florida County of Principal Place of Business:** MIAMI-DADE

**FEI Number:** 82-4490415

**FILED
Mar 23, 2018
Secretary of State**

**Owner(s) of Fictitious Name:**

AGOSS LLC.
244 BISCAYNE BLVD. #4304
MIAMI, FL  33132    US
Florida Document Number: L18000044022
FEI Number: 82-4490415

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| GREGORY CARDULLIAS | 03/23/2018 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested (  )**     **Certified Copy Requested (  )**