# EXHIBIT C

# APPLICATION FOR RENEWAL OF FICTITIOUS NAME

**FILED**
**Sep 06, 2023**
**Secretary of State**
**G23000105972**

## REGISTRATION# G18000038988

**Fictitious Name:**   VICE CITY SMOKE SHOP

| | |
|---|---|
| **Current Mailing Address:** | **New Mailing Address:** |
| 244 BISCAYNE BLVD. #4304<br>MIAMI, FL  33132 | 206 NE 2ND ST.<br>MIAMI, FL  33132 |
| **Current County of Principal Place of Business:** | **New County of Principal Place of Business:** |
| MIAMI-DADE | |
| **Current FEI Number:** | **New FEI Number:** |
| 82-4490415 | |
| **Current Owner(s):** | **Additions/Changes to Owner(s):** |

| Current Owner(s) | Additions/Changes to Owner(s) |
|---|---|
| Document #: L18000044022     ( ) Delete<br>FEI #:        82-4490415<br>Name:       AGOSS LLC.<br>Address:     244 BISCAYNE BLVD. #4304<br>City-St-Zip:  MIAMI, FL  33132 | Document #: L18000044022     (X) Change  ( ) Addition<br>FEI #:        82-4490415<br>Name:       AGOSS LLC.<br>Address:     206 NE 2ND ST.<br>City-St-Zip:  MIAMI, FL  33132 |

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate.  I understand that the electronic signature below shall have the same legal effect as if made under oath.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| GREGORY CARDULLIAS | 09/06/2023 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )**          **Certified Copy Requested ( )**