# EXHIBIT D

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G22000014164

**Fictitious Name to be Registered:** VICE CITY SMOKE SHOP

**Mailing Address of Business:**  206 NE 2ND ST.
MIAMI, FL  33132

**Florida County of Principal Place of Business:** MIAMI-DADE

**FEI Number:** 85-3930073

**FILED
Feb 04, 2022
Secretary of State**

**Owner(s) of Fictitious Name:**

AJGC SS LLC
2375 BISCAYNE BLVD. RU5
MIAMI, FL  33137
Florida Document Number: L20000336172
FEI Number: 85-3930073

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

GREGORY CARDULLIAS                                                      02/04/2022
_____
      Electronic Signature(s)                                                              Date

**Certificate of Status Requested (  )**          **Certified Copy Requested (  )**