# EXHIBIT E



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
AJGC SS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000336172 |
| **FEI/EIN Number** | 85-3930073 |
| **Date Filed** | 10/22/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

2347 Biscayne Blvd.
#106
MIAMI, FL 33137

Changed: 02/06/2022

**Mailing Address**

350 NE 24th St.
#106
Miami, FL 33137

Changed: 03/11/2024

**Registered Agent Name & Address**

CARDULLIAS, GREGORY P
2058 NE 174th St.
North Miami Beach, FL 33162

Address Changed: 02/06/2022

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

Cardullias, Gregory P
2058 NE 174th St.
North Miami Beach, FL 33162

Title AMBR

JAMES, ANTHONY D
888 BISCAYNE BLVD.
#5404
MIAMI, FL 33132

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 02/06/2022 |
| 2023 | 03/20/2023 |
| 2024 | 03/11/2024 |

Document Images

03/11/2024 -- ANNUAL REPORT          View image in PDF format
03/20/2023 -- ANNUAL REPORT          View image in PDF format
02/06/2022 -- ANNUAL REPORT          View image in PDF format
05/01/2021 -- ANNUAL REPORT          View image in PDF format
10/22/2020 -- Florida Limited Liability   View image in PDF format

Florida Department of State, Division of Corporations