# EXHIBIT F



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
AGOSS LLC.

**Filing Information**

| | |
|---|---|
| **Document Number** | L18000044022 |
| **FEI/EIN Number** | 82-4490415 |
| **Date Filed** | 02/19/2018 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

206 NE 2nd St.
MIAMI, FL 33132

Changed: 02/27/2020

**Mailing Address**

206 NE 2nd St.
MIAMI, FL 33132

Changed: 02/27/2020

**Registered Agent Name & Address**

Cardullias, Gregory P
2058 NE 174th st.
North Miami Beach, FL 33162

Name Changed: 03/20/2023

Address Changed: 03/20/2023

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

JAMES, ANTHONY D
888 Biscayne Blvd.
#5404
Miami, FL 33132

Title AMBR

Cardullias, Gregory P
2058 NE 174th St.
North Miami Beach, FL 33162

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 02/06/2022 |
| 2023 | 03/20/2023 |
| 2024 | 03/11/2024 |

### Document Images

| | |
|---|---|
| 03/11/2024 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2022 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/19/2018 -- Florida Limited Liability | View image in PDF format |