# EXHIBIT G



https://maps.app.goo.gl/Cbp1FFkbo331jRVQ6