# EXHIBIT H



https://maps.app.goo.gl/iC1VgWDssmiSZah46