# EXHIBIT I



https://maps.app.goo.gl/kzXXXJn5XBTHep9h7