# EXHIBIT J



https://maps.app.goo.gl/15KdFKSvd3K4AvhR6