# EXHIBIT K



https://maps.app.goo.gl/3EZKci7A22xqgpWA8